UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTHA FERENCZY, as Guardian
of GUS FERENCZY, a Protected Person,

      Plaintiff,                      No. 12-15504

v.                                 District Judge Julian Abele Cook, Jr.
                                   Magistrate Judge R. Steven Whalen

PANERA, LLC,

      Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on January 30, 2014, Plaintiff's Motion to Strike Defendant's Defenses Pursuant to Fed.R.Civ.P. 37, or in the alternative to Compel Discovery and for a Protective Order [Doc. #15] is GRANTED IN PART AND DENIED IN PART.

The request to strike Defendant's defenses is DENIED.

The request to compel a response to Plaintiff's Request to Produce #16 is GRANTED, under the precise terms stated on the record on January 30, 2014.[1] The Defendant will respond to that request within 21 days of the date of this Order.

IT IS SO ORDERED.

                                                 s/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Date: January 30, 2014

---

[1] Pursuant to this Court's order, the parties submitted a Joint Statement of Resolved and Unresolved Issues [Doc. #21] indicating that the only issue remaining unresolved was Request to Produce #16.

I hereby certify that a copy of the foregoing document was sent to parties of record on January 30, 2014, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable R. Steven Whalen